

## MANDATE

## The Fifteenth Court of Appeals

NO. 15-24-00072-CV

Alan Scott Caver, Appellant

v.

Attorney General of Texas, Appellee

Appealed from the 411th District Court of Polk County. (Trial Court No. CIV23-0603). Opinion delivered by Justice Farris. Justices Brister and Field also participating.

**TO THE 411TH DISTRICT COURT OF POLK COUNTY, GREETINGS:**

Before our Court of Appeals on January 30, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from an order granting a plea to the jurisdiction in favor of appellee, Office of the Attorney General of Texas, signed January 5, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below in part with regard to appellant Alan Caver's claim under the Crime Victims Compensation Act and **REMAND** to the trial court for further proceedings for the reasons provided in the court's opinion. Caver does not contest—and acknowledges that he is waiving his right to contest—the trial court's dismissal of his remaining claims.

We further order that appellee shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, on April 17, 2025.

**CHRISTOPHER A. PRINE, CLERK**